UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION
"IN ADMIRALTY"

WORLD FUEL SERVICES EUROPE, LTD.
d/b/a WORLD FUEL SERVICES,

    Plaintiff,

vs.

THORESEN SHIPPING SINGAPORE
PRIVATE LIMITED,

    Defendant.

CIVIL ACTION NO.:
1:15-cv-00376

_____

## VERIFIED COMPLAINT

COMES NOW, Plaintiff World Fuel Services Europe, Ltd. d/b/a World Fuel Services ("World Fuel Services") by and through undersigned counsel to hereby file its claim against Defendant Thoresen Shipping Singapore Private Limited ("Owner") *in personam* and pursuant to Rule B of the *Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions* of as follows:

### PARTIES, JURISDICTION AND VENUE

1. This is an admiralty and maritime action within the meaning of Rule 9(h) of the *Federal Rules of Civil Procedure* and this Court has jurisdiction pursuant to 28 U.S.C. §1333.

2. This is an action brought *in personam* and procedurally under Rule B of the *Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions* for the specific purpose of securing jurisdiction by serving Owner's property in this District, but not for the purpose of obtaining monetary security – an act previously achieved.

3. Plaintiff is a company organized under the laws of the United Kingdom with an address at 8th Fl. 62 Buckingham Gate, London SWIE 6AJ UK. World Fuel Services Europe, Ltd. is an indirect and wholly owned subsidiary of World Fuel Services Corporation, a Florida corporation, with headquarters located at 9800 N.W. 41 Street, Suite 400, Miami, FL 33178.

4. Defendant Thoresen Shipping Singapore Private Limited is the registered owner of the ocean-going cargo bulk carrier vessel THOR ENDEAVOUR, a Singapore flagged Vessel with an IMO number 9074793.

5. World Fuel Services sells and supplies fuel oil and lubricants to ocean going cargo vessels.

6. World Fuel Services and the Defendant, through its apparent agent Charterer Denmar Chartering & Trading GmbH, entered into a

contract for the supply of bunkers to the THOR ENDEAVOUR at Offshore Point Noire of the coast of the Republic of Congo. See Exhibit "A".

7. This is an action praying for immediate process to serve the in personam Defendant's tangible property under Supplemental Rule B of Admiralty, to wit: the property of the Defendant, a cargo Vessel THOR ENDEAVOUR, because the Defendant cannot be found in this District as the Defendant Corporation is a foreign citizen; the act of serving the Vessel under Rule B is to confer personal jurisdiction on the Court over the Defendant as security has already been obtained.

8. The General Terms and each Transaction under the contract made are governed by the General Maritime Law of the United States and all disputes over payment and collection may be resolved in the courts of any jurisdiction where either the Receiving Vessel or an asset of the Buyer may be found.

9. Each of the parties has irrevocably submitted to the jurisdiction of any such court, and irrevocably waives, to the fullest extent it may effectively do so, the defense of an inconvenient forum or its foreign equivalent to the maintenance of any action in any such court.

10. As such, this Court is the proper venue and the Court has subject matter jurisdiction over the issues and personal jurisdiction over the parties.

## GENERAL ALLEGATIONS OF FACT

11. The Owner made a representation to the world, including the Plaintiff, when it relinquished control of its Vessel to its charterer, Denmar Chartering & Trading GmbH, which entitled the Plaintiff to reasonably believe that the charterer was entitled to order goods and services for the Owner and its Vessel.

12. On October 3, 2012, the Owner's Vessel THOR ENDEAVOUR was in fact under the disposal of Charterer through a Time Charter with Owner when it presented itself to Plaintiff.

13. On or about October 3, 2012, Charterer appeared in possession of the Owner's Vessel and therefore appeared to Plaintiff as Owner's authorized agent who then entered into a contract, pursuant to invoice 144767-32501, with World Fuel Services to supply fuel oil and gas oil to the THOR ENDEAVOUR Offshore Pointe Noire, Republic of Congo. A copy of the invoice is attached as Exhibit "A".

14. There was no notice given to the Plaintiff that the charterer could not bind the Owner as Owner's agent.

15. As a precondition of loading bunkers, Charterer for itself and the Defendant Vessel Owner, jointly and severally agreed to be bound by the World Fuel Services Terms and Conditions entitled "The World Fuel Services Corporation Marine Group of Companies General Terms and Conditions effective April 1, 2010" (the "Terms and Conditions").  A copy of these Terms and Conditions are attached as Exhibit "B".

16. The Terms and Conditions applied to this transaction.

17. On or about October 3, 2012, on the order of Owner's actual or apparent agent – its charterer -- World Fuel Services caused fuel oil and gas oil to be delivered to the THOR ENDEAVOUR.  *See* Exhibit "A".

18. The Court should note that the address on the invoice is the former address of the Plaintiff but was current at the time of the contract.

19. The price of the fuel and gas oil was $218,491.15 with a credit term of 30 days. *Id.*

20. As to this date, neither Charterer nor the Owner paid World Fuel Services for the fuel and gas oil delivered to the THOR ENDEAVOUR and remain jointly and severally liable and indebted to World Fuel Services.

21. To this date, Owner had not paid World Fuel Services for the fuel and gas oil delivered to the THOR ENDEAVOUR and was indebted to World Fuel Services in the amount of $374,202.51, made up of $218,491.15 in principal, $144,786.80 in interest and $10,924.5 for a 5% administrative fee pursuant to the Terms and Conditions agreed to by the parties.  A true and correct copy of the Statement of Account as of July 24, 2015 is attached as Exhibit "C".

22. Having not been paid for the fuel and gas oil supplied to the vessel on the orders of Owner's Agent, World Fuel Services filed an action for the arrest of the THOR ENDEAVOUR in Belgium, alleging a maritime claim and the vessel owner posted security covering a judgment against the owner or its charterer, Denmar Chartering & Trading GmbH.

23. This Rule B attachment is only to obtain service and personal jurisdiction over the Defendant for the determination of Plaintiff's claim on its merits and not to obtain further security for the claims referenced.

## COUNT I – BREACH OF A MARITIME CONTRACT

24. Plaintiff hereby re-alleges and re-avers all allegations at Paragraphs 1-23 above.

25. Owner's agent was in control of the Vessel at all material times.

26. Owner's agent had the apparent authority to order the fuel from World Fuel Services on behalf of the Vessel.

27. Owner's agent ordered the fuel from World Fuel Services.

28. Plaintiff never received notice of any prohibition of the charterer from binding the Owner.

29. Owner's agent and the Vessel received the fuel from World Fuel Services.

30. The provision of these necessaries inured to the Owner's benefit because, in part, it served the Vessel's interest and the Charter Party with the Owner.

31. Owner did not pay for the fuel from World Fuel Services.

32. World Fuel Services is damaged in the amount of $374,202.51, plus costs, interest, and attorneys' fees.

WHEREFORE, Plaintiff prays this Court will enter Final Judgment against the Defendant for Plaintiff's damages and seeks process to attach Defendant's tangible property, the vessel THOR ENDEAVOUR, which is or will soon be located within the district.

Dated: July 28, 2015            Respectfully submitted,

**PHELPS DUNBAR LLP**

/s/ E. Barrett Hails
ALLEN E. GRAHAM
E. BARRETT HAILS
Attorneys for Plaintiff
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
251-432-4481
Teeto.Graham@Phelps.com
Barrett.Hails@Phelps.com

AND

**MOORE & COMPANY, P.A.**

/s/ Scott A. Wagner
Scott A. Wagner
(*Pro hac vice* motion to be filed)
*Attorneys for Plaintiff*
355 Alhambra Circle, Suite 1100
Coral Gables, Florida 33134
Tel:  (786)221-0600
Fax: (786)221-0601
Email:  swagner@moore-and-co.com

## SWORN VERIFICATION STATEMENT OF RONALD C. RILEY
## UNDER PENALTY OF PERJURY
## PURSUANT TO 28 USCA 1746

I, RONALD C. RILEY, declare and state as follows:

- I, Ronald C. Riley, am a Senior Credit Manager for the World Fuel Services Corporation Marine Group of companies that includes without limitation World Fuel Services, Inc. with an office at 9800 NW 41st Street, Suite 400, Miami, FL 33178 and World Fuel Services Europe, Ltd. with an office at 8th Floor, 62 Buckingham Gate, London SW1E 6AJ, United Kingdom. World Fuel Services, Inc. and World Fuel Services Europe, Ltd. are each indirectly and wholly owned subsidiaries of World Fuel Services Corporation, a Florida corporation that is publicly traded on the New York Stock Exchange under the ticker symbol "INT" and whose headquarters is located at 9800 N.W. 41st Street, Miami, FL 33178. My duties include and I am authorized to make credit decisions for and on behalf of each of the companies that comprise the World Fuel Services Corporation Marine Group of companies and I am authorized to make this declaration/statement on behalf of World Fuel Services Europe, Ltd.

- WORLD FUEL SERVICES ("World Fuel Services") is a trade name or d/b/a name that is used by WORLD FUEL SERVICES EUROPE, LTD. and other entities within the World Fuel Services Corporation Marine Group of companies.

- I have read the Verified Complaint.

- The allegations contained therein are verified because they are true and correct and based on my personal knowledge and review of information and documents.

_[signature]_
RONALD C. RILEY
Senior Credit Manager
World Fuel Services Corporation Marine Group of companies
to include without limitation World Fuel Services, Inc.
and WORLD FUEL SERVICES EUROPE, LTD.
d/b/a WORLD FUEL SERVICES

This Declaration is true and accurate, made in accordance with 28 U.S.C. § 1746, and is made under the Penalty of Perjury

PD.17795230.1